UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 22-1204-KS                                                             Date: April 27, 2023

Title   *Arnel Dalmacio v. BMW of North America, LLC, et al.*

Present: The Honorable:   Karen L Stevenson, Chief United States Magistrate Judge

| Gay Roberson | XTR-04/27/2023 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Sepehr Daghighian | N/A |

**Proceedings: (IN CHAMBERS) MINUTE ORDER RE: ORDER TO SHOW CAUSE RE: DEFENDANTS NON-APPEARANCE RE: APRIL 27, 2023, HEARING**

On April 27, 2023, Defendants failed to appear for the Telephonic Discovery Conference regarding a discovery dispute. Accordingly, Defendants are **ORDERED TO SHOW CAUSE on or before May 1, 2023,** why the Court should sanction Defendants for failure to appear. Defendants may discharge the Order to Show Cause by filing an affidavit not to exceed three (3) pages, **no later than noon on May 1, 2023**, signed under penalty of perjury showing good cause for the nonappearance.

Further, the Court has re-scheduled the Telephonic Discovery Conference for **Monday, May 1, 2023, at 2:00 p.m.** The Deputy Clerk will provide the participating parties with the dial-in information via email.

**IT IS SO ORDERED.**

|  | : 13 mins |
|---|---|
| **Initials of Preparer** | gr |